# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### DIVISION

**CHRISTOPHER M. TIERNEY**,

Inmate # R56554.

Plaintiff/Petitioner

vs.

Officer Scruggs,

ET AL.,

_____

Defendant(s)/Respondent(s).

CASE NO: 3:23 cv24768 mcR-HTC

## PRISONER CONSENT FORM AND FINANCIAL CERTIFICATE

I, **CHRISTOPHER M. TIERNEY**, plaintiff/petitioner in the above-entitled action, understand that:

1. If I submit a petition for writ of habeas corpus in this court, the filing fee is $5.00. I must pay such fee if my current prison account balance is $25.00 or more. I must request an authorized official to complete the attached Financial Certificate and I must attach a print-out reflecting all transactions in my inmate bank account for the full six (6) month period of time preceding the filing of this petition.

2. If I submit a civil rights complaint or other civil action, the filing fee is $350.00. If my current account balance is more than $400.00, I will not qualify for *in forma pauperis* status. I must pay the full $350.00 filing fee plus a $50.00 administrative fee before the Court will consider the merits of my complaint. I must request an authorized official to complete the attached Financial Certificate and I must attach a print-out reflecting all transactions in my inmate bank account for the full six (6) month period of time preceding the filing of this complaint.

3. If I submit an appeal in a civil case, the filing fee and docketing fees are $505.00. If my current account balance is more than $505.00, I will not qualify for *in forma pauperis* status and must pay the full $505.00 filing/docketing fee. I must request an authorized official to complete the attached Financial Certificate and I must attach a print-out reflecting all transactions in my inmate bank account for the full six (6) month period of time preceding the filing of this complaint.

4. If I have not been incarcerated at my current institution for six months, I must obtain an account statement from each facility at which I have been confined during the relevant six month period of time. Failure to submit the required account statements may result in the denial of this *in forma pauperis* application.



FILED USDC FLND PN
DEC 22 '23 AM10:25

5. Pursuant to the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915 (as amended), even if I am granted leave to proceed in forma pauperis, I must pay the entire $350.00 filing fee (district court) or $505.00 filing/docketing fee (U.S. Court of Appeals) in full. **I AM OBLIGATED TO PAY THE ENTIRE $350.00 or $505.00 FILING FEE REGARDLESS OF THE DISPOSITION OF THE DISTRICT COURT CASE OR APPEAL (including dismissal).**

6. If I am allowed to proceed in forma pauperis, I may still be required to submit an initial partial filing fee. 28 U.S.C. § 1915(b)(1). My failure to submit an initial partial filing fee, if assessed, may result in the dismissal of this case and the inability to proceed in forma pauperis in the future.

7. The officials at the institution at which I am presently confined or any institution to which I may be transferred are hereby authorized to make additional monthly payments from my account until the balance of the filing fee is paid. These additional monthly payments will be up to 20% of all the preceding month's deposits in my account. Institution officials shall submit these monthly payments directly to the Court whenever the funds in my account exceed $10.00. I recognize my responsibility to alert officials at any institution to which I may be transferred in the future of my obligation to pay the full amount of the filing fee. I acknowledge that the Court may, from time to time, require me to provide additional financial records or account statements.

_[signed] Christopher M. Tierney_
**SIGNATURE OF PLAINTIFF**

CHRISTOPHER M. TIERNEY
**PRINTED NAME OF PLAINTIFF**

12-5-23
**DATE**

256554
**INMATE NUMBER**

\*\* It is the inmate's responsibility to obtain the required print-out(s) from each institution at which he or she may have been confined during the preceding six months and provide them to the official completing this form.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### FINANCIAL CERTIFICATE

(To be completed by Authorized Penal Official)

A PRINTOUT OF ALL TRANSACTIONS IN THE INMATE'S PRISON ACCOUNT FOR THE PRECEDING SIX (6) MONTHS **MUST** BE ATTACHED.

1. Current Account Balance: $1,883.24

2. Average Monthly Balance for preceding 6 months:

3. Average Monthly Deposits for preceding 6 months:

I hereby certify that, as of this date, the above information for the prison account of the inmate named above is correct.

_[signed]_
**SIGNATURE OF AUTHORIZED OFFICIAL**

12/11/2023
**DATE**

PLEASE COMPLETE THIS FORM IN INK, IN A COLOR OTHER THAN BLACK.

```
IBSR140 (74)                    FLORIDA DEPARTMENT OF CORRECTIONS                 12/11/23
                                   TRUST FUND ACCOUNT STATEMENT                   10:51:16
                                  FACILITY: 119 - SANTA ROSA C.I.                 PAGE   1
                                     FOR: 06/11/2023 - 12/11/2023


ACCT NAME: TIERNEY, CHRISTOPHER         ACCT#: R56554
      BED: C2208L                        TYPE: INMATE TRUST
   PO BOX:

                                                              BEGINNING BALANCE 06/11/23      $64,486.92

         POSTED                  REFERENCE
         DATE   NBR    TYPE        NUMBER      FAC   REMITTER/PAYEE       +/-      AMOUNT       BALANCE
         ------ --- ------------- ----------   ---   -------------------  ---    ----------  ------------
         06/20/23 027 CANTEEN SALES  11920230619  000                       -       $36.64    $64,450.28
         06/21/23 245 JPAY MEDIA W/D 000154834388 000                       -      $149.00    $64,301.28
         06/24/23 187 JPAY MEDIA W/D 000154985312 000                       -      $149.00    $64,152.28
         06/26/23 127 PROCESSING FEE WEEKLY DRAW   000                      -        $0.37    $64,151.91
         06/27/23 027 CANTEEN SALES  11920230626  000                       -       $37.20    $64,114.71
         06/27/23 213 MEDICAL CO-PAY 0626231358RR 000                       -        $5.00    $64,109.71
         07/01/23 245 JPAY MEDIA W/D 000155278006 000                       -      $149.00    $63,960.71
         07/03/23 127 PROCESSING FEE WEEKLY DRAW   000                      -        $0.37    $63,960.34
         07/03/23 190 JPAY MEDIA W/D 000155371055 000                       -      $149.00    $63,811.34
         07/04/23 027 CANTEEN SALES  11920230703  000                       -       $44.43    $63,766.91
         07/06/23 209 JPAY MEDIA W/D 000155489454 000                       -      $149.00    $63,617.91
         07/09/23 118 JPAY MEDIA W/D 000155635321 000                       -      $149.00    $63,468.91
         07/10/23 131 PROCESSING FEE WEEKLY DRAW   000                      -        $0.44    $63,468.47
         07/11/23 027 CANTEEN SALES  11920230710  000                       -       $35.16    $63,433.31
         07/14/23 037 CANTEEN SALES  20920230713  000                      -(      $35.16)    $63,468.47
         07/24/23 163 INDIVIDUAL CHEC 0787772     000   TIERNEY, CASSANDRA   -   $60,000.00     $3,468.47
         07/26/23 156 MEDICAL CO-PAY 0725231207RR 000                       -        $5.00     $3,463.47
         07/28/23 037 CANTEEN SALES  20920230727  000                       -       $38.57     $3,424.90
         07/31/23 037 CANTEEN SALES  20920230727  000                      -(       $0.27)     $3,425.17
         07/31/23 131 PROCESSING FEE WEEKLY DRAW   000                      -        $0.38     $3,424.79
         08/08/23 037 CANTEEN SALES  20920230807  000                       -       $35.98     $3,388.81
         08/14/23 131 PROCESSING FEE WEEKLY DRAW   000                      -        $0.36     $3,388.45
         08/23/23 037 CANTEEN SALES  20920230822  000                       -       $33.13     $3,355.32
         08/28/23 129 PROCESSING FEE WEEKLY DRAW   000                      -        $0.33     $3,354.99
         08/29/23 027 CANTEEN SALES  11920230828  000                       -        $0.68     $3,354.31
         08/31/23 095 MEDICAL CO-PAY 0830231123RR 000                       -        $5.00     $3,349.31
         09/04/23 125 PROCESSING FEE WEEKLY DRAW   000                      -        $0.01     $3,349.30
         09/06/23 027 CANTEEN SALES  11920230905  000                       -       $34.90     $3,314.40
         09/07/23 027 CANTEEN SALES  11920230906  000                      -(      $34.90)     $3,349.30
         09/12/23 027 CANTEEN SALES  11920230911  000                       -       $37.73     $3,311.57
         09/18/23 129 PROCESSING FEE WEEKLY DRAW   000                      -        $0.38     $3,311.19
         09/19/23 027 CANTEEN SALES  11920230918  000                       -       $40.32     $3,270.87
         09/23/23 164 MEDICAL CO-PAY 0921231940RR 000                       -        $5.00     $3,265.87
         09/25/23 127 PROCESSING FEE WEEKLY DRAW   000                      -        $0.40     $3,265.47
         09/26/23 027 CANTEEN SALES  11920230925  000                       -       $39.63     $3,225.84
         09/27/23 025 CANTEEN SALES  11920230926  000                      -(       $0.97)     $3,226.81
         10/02/23 128 PROCESSING FEE WEEKLY DRAW   000                      -        $0.39     $3,226.42
         10/03/23 027 CANTEEN SALES  11920231002  000                       -       $40.37     $3,186.05
         10/04/23 167 MEDICAL CO-PAY 1003231057RR 000                       -        $5.00     $3,181.05
         10/09/23 129 PROCESSING FEE WEEKLY DRAW   000                      -        $0.40     $3,180.65
         10/10/23 027 CANTEEN SALES  11920231009  000                       -       $36.64     $3,144.01
         10/13/23 129 MEDICAL BILLS W 10052023    000                       -        $0.15     $3,143.86
```

```
IBSR140 (74)                        FLORIDA DEPARTMENT OF CORRECTIONS                    12/11/23
                                      TRUST FUND ACCOUNT STATEMENT                       10:51:16
                                   FACILITY: 119 - SANTA ROSA C.I.                       PAGE   2
                                       FOR: 06/11/2023 - 12/11/2023

ACCT NAME: TIERNEY, CHRISTOPHER         ACCT#: R56554
      BED: C2208L                        TYPE: INMATE TRUST
   PO BOX:

          POSTED                    REFERENCE
          DATE    NBR    TYPE        NUMBER      FAC   REMITTER/PAYEE         +/-    AMOUNT        BALANCE
          ------- ---  -----------  ----------   ---   -------------------    ---   ----------    ----------
          10/16/23 127 PROCESSING FEE WEEKLY DRAW 000                          -        $0.37      $3,143.49
          10/17/23 027 CANTEEN SALES  11920231016 000                          -       $28.29      $3,115.20
          10/18/23 019 CANTEEN SALES  11920231017 000                         -(       $1.01)      $3,116.21
          10/20/23 109 INDIVIDUAL CHEC 0790666    000   TIERNEY, CASSANDRA     -      $300.00      $2,816.21
          10/20/23 109 INDIVIDUAL CHEC 0790684    000   TIERNEY, CASSANDRA     -      $500.00      $2,316.21
          10/23/23 130 PROCESSING FEE WEEKLY DRAW 000                          -        $0.27      $2,315.94
          10/25/23 027 CANTEEN SALES  11920231024 000                          -       $40.76      $2,275.18
          10/30/23 127 PROCESSING FEE WEEKLY DRAW 000                          -        $0.41      $2,274.77
          10/31/23 027 CANTEEN SALES  11920231030 000                          -       $37.66      $2,237.11
          11/06/23 132 PROCESSING FEE WEEKLY DRAW 000                          -        $0.38      $2,236.73
          11/07/23 027 CANTEEN SALES  11920231106 000                          -       $47.66      $2,189.07
          11/08/23 107 INDIVIDUAL CHEC 0791317    000   TIERNEY, SUSAN         -      $300.00      $1,889.07
          11/13/23 131 PROCESSING FEE WEEKLY DRAW 000                          -        $0.48      $1,888.59
          11/17/23 027 CANTEEN SALES  11920231116 000                          -       $35.41      $1,853.18
          11/20/23 131 PROCESSING FEE WEEKLY DRAW 000                          -        $0.35      $1,852.83
          11/21/23 027 CANTEEN SALES  11920231120 000                         -(      $35.41)      $1,888.24
          11/29/23 027 CANTEEN SALES  11920231128 000                          -       $42.08      $1,846.16
          11/29/23 189 MEDICAL CO-PAY 1128230938RR 000                         -        $5.00      $1,841.16
          11/30/23 027 CANTEEN SALES  11920231129 000                         -(      $42.08)      $1,883.24

                                                                   ENDING BALANCE 12/11/23        $1,883.24
```