UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA



## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

CHRISTOPHER M. TIERNEY,

Inmate ID Number: R56554,

*(Write your full name and inmate ID number.)*

v.

Sgt. Scruggs,
Ofc. Wentz,
Ofc. John Doe,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

AMENDED COMPLAINT

Case No.: 3:23-cv-24768-MCR-HTC
*(To be filled in by the Clerk's Office)*

Jury Trial Requested?
☑ YES   ☐ NO

L.T. McCrannie
Sgt. Carrier

FILED USDC FLND PN
MAR 25 '24 AM 10:25

## I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: **CHRISTOPHER M. TIERNEY**   ID Number: **R56554**

List all other names by which you have been known: **N/A**

Current Institution: **Santa Rosa Correctional Institution**

Address: **5850 E. Milton Rd.**

**Milton, FL. 32583**

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: **Sgt. Scruggs**

   Official Position: **Seargent**

   Employed at: **Santa Rosa Correctional Institution**

   Mailing Address: **5850 E. Milton Rd.**

   **Milton, FL. 32583**

   ☑ Sued in Individual Capacity      ☑ Sued in Official Capacity

2. Defendant's Name: Officer ~~Dangops~~ Wentz

   Official Position: Officer

   Employed at: Santa Rosa Correctional Institution

   Mailing Address: 5850 E. Milton Rd.

   Milton, FL 32583

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

3. Defendant's Name: Officer John Doe

   Official Position: Officer

   Employed at: Santa Rosa Correctional Institution

   Mailing Address: 5850 E. Milton Rd.

   Milton, FL 32583

   ☑ Sued in Individual Capacity    ☑ Sued in Official Capacity

(*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Case no.: 3:23-cv-24768-MCR-HTC

I. PARTIES TO THIS COMPLAINT... CONTINUED...
  B.) DEFENDANT(S)

4). DEFENDANT'S NAME: L.T. McCrannie
   OFFICIAL POSITION: L.T.
   EMPLOYED AT: Santa Rosa Correctional Institution
   MAILING ADDRESS: 5850 E. Milton Rd.
                    Milton, FL. 32583
   SUED IN OFFICIAL AND INDIVIDUAL CAPACITY

5.) DEFENDANT'S NAME: L.T. Carrier
   OFFICIAL POSITION: L.T.
   EMPLOYED AT: Santa Rosa Correctional Institution
   MAILING ADDRESS: 5850 E. Milton Rd.
                    Milton, FL. 32583
   SUED IN INDIVIDUAL AND OFFICIAL CAPACITY

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee          ☐ Civilly Committed Detainee

☑ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☐ Other (*explain below*):

_____ N/A _____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint. ( 1 of 4 )

1.) On January 21, 2021, while housed in Q-dorm at Santa Rosa Correctional Institution's annex, when I was picked up by Sgt. Scruggs (at the time - Officer Scruggs), Officer Wentz, and another Officer (John Doe), to be transported/escorted from the annex at Santa Rosa CI back to the main unit, close management; Scruggs and Wentz were escorting me. I had noticed the other officer (John Doe) had switched places with Wentz and was pushing a cart with my file on it, as if he knew what was going to happen and didn't want to take part in it. He followed, (John Doe), Scruggs, Wentz, and I. When we got through the gate from the annex to the main unit, Sgt Scruggs threw me down on the ground.

2.) I was in a "belly chain", secured with a black box, handcuffs, and shackles, fully incapacitated. Officer Wentz kneeled on my waist, as I was turned on my right side while Scruggs kneeled on my left arm. Officer Wentz says, "Can that camera see over here??", to which Scruggs says, "No!", then Scruggs pulls his radio off his —

( PAGE 1 of 4 )

**Statement of Facts Continued** (Page 2 of 4)

waistband and smacks me in the face with it causing a laceration/ permenant disfigurement on my nose, as I still have a jagged scar on my nose as a result.

3.) Scruggs and Wentz picked me up and pulled me to walk in the direction of B-dorm.

4.) At this point L.T. McCrannie came walking up as we began to walk and I told her what happened and she didn't care and immeadiately went to trying to cover-up Wentz and Scruggs criminal actions.

5.) As we were walking on the side of A-dorm, L.T. Carrier (whom was a Srg. at the time) comes walking up smoking a cigarette. He begins to say something about me putting my hands on staff members and started to swing on me.

6.) I ducked my head as he was swinging on me and he struck the top of my head and I fell down. He then proceeded to kick me in the top of the head two times as I lay on the ground.

7.) I was then picked up again and escorted into

STATEMENT OF FACTS CONTINUED.
( PAGE 3 OF 4 )

- B-dorm. The officers put a "spit mask" on my face so as to hide my injuries/face from the camera.

8.) Officer John Doe and Lt. McCrannie are guilty of "bystander liability" for not intervening, protecting, and/or reporting what really happened, which was an unprovoked/unjustified assault/battery by Officer Wentz, Sgt. Scruggs, Lt. Carrier.

9.) Nurse Gault recorded that I had a one inch laceration on my nose, however, she could barely see my face, through the spit mask and only made a cursory glance from a few feet away. I didn't get any pain medication or any cleansing for my wounds/laceration. I had also suffered road rash from being thrown on the ground.

10.) I was and have been an ("S3")/'psych 3' status inmate, meaning I get medication and counseling for pre-existing mental disorders which were definately exacerbated by this mistreatment.

11.) Sgt. Scruggs, Wentz, and John Doe are all guilty of violation my 8th amendment under U.S.C. as well as state tort claims for assault and battery. Permanent disfigurement, infliction of emotional distress, deliberate indifference.

STATEMENT OF FACTS
CONTINUED:-
(PAGE 4 of 4)

12) L.T. Carrier is guilty of violating my 8th amendment under U.S.C. as well as state tort claims.

13.) They ~~are~~ (defendants) are also guilty of falsifying documents under 18 U.S.C.S. 1519 as well.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

8th amendment - cruel and unusual punishment deliberate indifference; bystander liability; supervisory liability under the basis of 'ratification'; assault and battery; ADA; physical and mental pain and suffering; with permanent disfigurement. infliction of emotional distress.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Compensatory damages / punitive damages; injunctive and declatory relief; supplemental jurisdiction over state tort claims; any and all relief this Court deems just and proper. Amount to be determined.

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☑ YES   ☐ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date: February 9, 2024   Case #: 3:23-CV-24772/MCR/ZCB
   Court: U.S. District Court / Pensacola Division
   Reason: Malicious for inaccurately stating case history.

2. Date: N/A   Case #: N/A
   Court: N/A
   Reason: N/A

3. Date: N/A   Case #: N/A
   Court: N/A
   Reason: N/A

(*If necessary, list additional cases on an attached page*)

B. Have you filed other lawsuits or appeals in **state or federal court** dealing with the same facts or issue involved in this case?

☐ YES ☑ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #: N/A  Parties: N/A

   Court: N/A  Judge: N/A

   Date Filed: N/A  Dismissal Date (*if not pending*): N/A

   Reason: N/A

2. Case #: N/A  Parties: N/A

   Court: N/A  Judge: N/A

   Date Filed: N/A  Dismissal Date (*if not pending*): N/A

   Reason: N/A

(*If necessary, list additional cases on an attached page*)

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in **state or federal court** either challenging your conviction or relating to the conditions of your confinement?.

☑ YES ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: 8:16-CV-2917-AEP   Parties: TIERNEY V. FERGUSON, ET AL.

   Court: M.D. Fla. /Tampa   Judge: N/A

   Date Filed: 2013   Dismissal Date (*if not pending*): 2014

   Reason: failure to state a change of address

2. Case #: 8:13-CV-1684-JDW-MAP   Parties: TIERNEY V. BAILEY, ET AL.

   Court: M.D. FLA/TAMPA   Judge: Elizabeth Kovechavich

   Date Filed: 2016   Dismissal Date (*if not pending*): 2019

   Reason: Settlement reached between parties.

3. Case #: 4:21-CV-174-WS-MAF   Parties: TIERNEY V. HARRISON, ET AL.

   Court: N.D. Fla. /Tallahassee   Judge: Elizabeth Timothy

   Date Filed: 2021   Dismissal Date (*if not pending*): May 2024

   Reason: Settlement reached between parties

4. Case #: 3:20-CV-5738-MCR-ZCB   Parties: TIERNEY V. HATTAWAY, ET AL.

   Court: N.D. Fla/Pensacola   Judge: Zachary C. Bolitho

   Date Filed: 2020   Dismissal Date (*if not pending*): May 2024

   Reason: Settlement reached between parties

5. Case #: 3:23-CV-24772-MCR-ZCB   Parties: TIERNEY V. DIXON, et al.

   Court: N.D. Fla/Pensacola   Judge: Zachary C. Bolitho

   Date Filed: 12/2023   Dismissal Date (*if not pending*): 2/9/24

   Reason: Malicious abuse of judicial process.

6. Case #: 3:23-cv-24768-MCR-HTC Parties: Tierney v Scruggs, et al.

   Court: N.D. Fla / Pensacola Judge: Hope Thai Cannon

   Date Filed: 12/2023 Dismissal Date (*if not pending*): N/A

   Reason: Still pending (THIS CASE)

   (***Attach additional pages as necessary to list all cases.***)

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 3/20/24   Plaintiff's Signature: *Christopher M. Tierney*

Printed Name of Plaintiff: CHRISTOPHER M. TIERNEY

Correctional Institution: SANTA ROSA CORRECTIONAL INSTITUTION

Address: 5850 E. Milton Rd.

Milton, Fl. 32583

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the 20th day of March, 2024.

Signature of Incarcerated Plaintiff: *Christopher M. Tierney*

CHRISTOPHER
Santa Rosa Correctional Institution
5850 E. Milton Rd.
Milton, FL. 32583



Pensacola FL 325
THU 21 MAR 2024 PM

MAR 2 5 2024

The Clerk of The Court
U.S District Court
One North Palafox St.
Pensacola, FL. 32502

Legal Mail

Legal Mail