UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER M. TIERNEY,

    Plaintiff,

v.                                Case No. 3:23cv24768-MCR-HTC

SERGEANT SCRUGGS, et al.,

    Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated December 13, 2024 (ECF No. 45). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 45) is adopted and incorporated by reference in this Order.

2. Defendants Wentz, Carrier, and Scruggs' motion to dismiss (ECF No. 35) is GRANTED.

3. Tierney's Eighth Amendment and ADA claims are DISMISSED WITHOUT PREJUDICE due to his failure to exhaust his administrative remedies.

4. Tierney's state law claims are also DISMISSED WITHOUT PREJUDICE.

5. The Clerk shall close the file.

**DONE AND ORDERED** this 24th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**