LEGAL MAIL
Provided to Florida State Prison on
5/5/25 for mailing by [signature]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER M. TIERNEY
    PLAINTIFF

                                CASE NO.: 3:23-CV-24768-MCR-HTC

V.

SERGEANT SCRUGGS, ET AL.
    DEFENDANT
_____/

MOTION FOR RELIEF FROM
JUDGEMENT OR ORDER

NOW COMES THE PLAINTIFF, CHRISTOPHER M. TIERNEY, PRO SE AND HEREBY FILES THIS MOTION FOR RELIEF FROM JUDGEMENT OR ORDER UNDER FED. R. CIV. P. 60 (RELIEF FROM A JUDGEMENT OR ORDER), (a)+(b)(1), AND IN SUPPORT OF STATES THE FOLLOWING;

1. DEFENDANTS FILED A MOTION TO DISMISS, (DOC. 35) IN THIS CASE, FOR "FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES."

2. JUDGE CANON ISSUED A REPORT AND RECOMMENDATION [DOC. 45] THAT THE DEFENDANTS' MOTION TO DISMISS SHOULD BE GRANTED AND GAVE PLAINTIFF 14 DAYS TO OBJECT, MAKING THE DEADLINE FOR OBJECTION DECEMBER 27, 2024.

3. PLAINTIFF RECEIVED THE REPORT AND RECOMMENDATION [DOC. 45] ON DECEMBER 27, 2024 (THE DEADLINE FOR OBJECTION TO REPORT AND RECOMMENDATION.) PLAINTIFF FILED AN OBJECTION STATING MANY VALID/MERITOUS GROUNDS ON WHY MOTION TO DISMISS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES [DOC. 35] SHOULD BE DENIED AS A MATTER OF LAW, AND HOW JUDGE CANON

(PAGE 1 OF 4)

ABUSED HER POWER AND DISCRETION RULING IN FAVOR OF THE DEFENDANTS WHEN PLAINTIFF PRESENTED MERITOUS/WEIGHTY EVIDENCE WHICH AS A MATTER OF LAW SHOULD HAVE BEEN CONSIDERED AND RULED ON IN FAVOR OF THE PLAINTIFF, YET JUDGE CANON HAS COMMITTED A CONNIVANCE IN THIS CASE AS IT WOULD APPEAR FROM THE ORDER [DOC. 50] ISSUED BY JUDGE M. CASEY RODGERS, WHOM STATES ON PAGE 1 OF 2, "I HAVE MADE A DE NOVO DETERMINATION OF ALL TIMELY FILED OBJECTIONS," AND "HAVING CONSIDERED THE REPORT AND RECOMMENDATION, AND ANY OBJECTIONS THERETO TIMELY FILED, I HAVE DETERMINED THAT THE REPORT AND RECOMMENDATION SHOULD BE ADOPTED." JUDGE RODGERS IS HELPING DEFENDANTS AND JUDGE CANON OUT.

4. SINCE JUDGE RODGERS STATES, "HAVING CONSIDERED THE REPORT AND RECOMMENDATION AND ANY OBJECTIONS THERETO TIMELY FILED...," AND AS STATED ABOVE PLAINTIFF FILED AN OBJECTION AFTER THE DEADLINE OF JUDGE CANON'S REPORT AND RECOMMENDATION DUE TO "EXCUSABLE NEGLECT"; FED. R. CIV. P. 60(b)(1), BECAUSE AGAIN PLAINTIFF RECEIVED DEADLINE ON THE DATE OF THE DEADLINE, WHICH PLAINTIFF STATES IN OBJECTION MOTION [DOC. 47 OR 48?], AND WOULD THEREFORE NOW MOVE THIS HONORABLE COURT TO GRANT RELIEF FROM ORDER AND JUDGEMENT IN THIS CASE WITH REGARDS TO 'MOTION TO OBJECT' FILED BY PLAINTIFF IN THIS CASE PERTAINING TO MAGISTRATE'S REPORT AND RECOMMENDATION, AS IT WAS NOT "TIMELY FILED" DUE TO "EXCUSABLE NEGLECT", AND PLAINTIFF HAS A RIGHT TO HAVE IT CONSIDERED AS WELL.

ACCORDINGLY, PLAINTIFF REQUESTS THIS COURT TO TAKE INTO CONSIDERATION THE 'MOTION TO OBJECT' FILED BY PLAINTIFF [DOC. 47 OR 48?], AND MOVE IN FAVOR OF THE PLAINTIFF FOR REASONS STATED IN 'MOTION IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS' AND 'MOTION TO OBJECT' TO JUDGE'S REPORT AND RECOMMENDATION,' FILED BY PLAINTIFF. PLAINTIFF WOULD ALSO LIKE TO ACKNOWLEDGE THAT PLAINTIFF FEELS AS IF THE 'UPPER ECHELON' INVOLVED WITH THIS CASE WHOM ARE, "TRAINED/EXPERIENCED PROFESSIONALS," WHOM EITHER KNOW OR SHOULD KNOW, THAT THE BIASED, PREJUDICED, AND STEREO-TYPICAL BEHAVIORS/ATTITUDES, AND "OVERSIGHTS" ARE BLATANT MALFEASANCE,—

MISFEASANCE, AND NON-FEASANCE IN ORDER TO EVADE OFFICIAL DUTIES AS PRESCRIBED BY LAW INSTEAD OF, "PICKING COURSES OF ACTION," AS IF THE OVERSIGHTS/OMISSIONS HAVE BEEN 'ACCIDENTAL' IN THIS CASE, OR GROUNDS PRESENTED BY THE DEFENDANTS IN MOTION TO DISMISS ARE EVEN NECESSARY FOR A RESPONSE/OBJECTION TO, AS IF JUDGE CANON AND/OR JUDGE RODGERS DON'T KNOW BY NOW, THROUGH EXPERIENCE WITH CASES FROM SANTA ROSA C.I. STAFF, AND/OR KNOWING STAFF DOESN'T PASS OUT ANY GRIEVANCES ON C.M.I IN THE DORM WHICH MAKES THE PROCESS TECHNICALLY INACCESSABLE WHICH IS ONE OF THE PRONGS DESCRIBED IN ROSS V. UNITED STATES, PLRA CASELAW, PRESENTED BY DEFENDANTS AND PLAINTIFF AND IF THIS IS STILL IN QUESTION, PLAINTIFF WOULD DEPOSE ALL INMATES/STAFF FROM THAT TIME PERIOD AND SEE WHAT THEY SAY ABOUT ACCESSABILITY OR LACK THEREOF, WHICH WOULD MAKE DEFENDANTS' MOTION TO DISMISS [DOC. 35] MOOT EVEN WITHOUT THE MERITOUS GROUNDS PRESENTED BY PLAINTIFF.

    PLAINTIFF ALSO REQUESTS A WRIT OF CERTIORI, IN THESE MATTERS, AS TO EXACTLY WHY A RULING HAS BEEN MADE IN FAVOR OF THE DEFENDANTS, AS "ALL EVIDENCE SHALL BE TAKEN IN A LIGHT MOST FAVORABLE TO THE PLAINTIFF," AND PLAINTIFF HAS PROVIDED, IN THE RECORD, HOW EXHAUSTION REQUIREMENT WAS MET BASED ON AVAILABLE REMEDIES AND CURRENTLY AT FLORIDA STATE PRISON, TURNED IN ONE GRIEVANCE APPROX. 6 MONTHS AGO, AND WAS "SET-UP" ON CAMERA AND ASSAULTED WITH CHEMICAL AGENTS BECAUSE OF IT; THEREFORE, PLAINTIFF BY LAW, DOESN'T HAVE TO ABIDE BY THE PLRA AS IT IS DANGEROUS TO ACCESS ADMINISTRATIVE REMEDIES IN F.D.C. AND THE FLORIDA DEPARTMENT OF CORRECTIONS/STATE OF FLORIDA IS IN AQUIESANCE TO PERSONS UNDER COLOR OF LAW ABUSING POWER AND CONTROL/AUTHORITY AND DISCRETION WHEN THEY KNOW OR SHOULD KNOW WHEN, WHERE, WHY, HOW, WHAT AND TO WHOM THE PERSONS, ACTING UNDER COLOR OF LAW, ARE ABUSING/BREAKING THE LAW AGAINST EVEN WHEN CASUALLY BROUGHT TO THE "PROPER AUTHORITIES" ATTENTION. ABUSE OF POWER IS ABUSE OF POWER, WHEN/IF IT'S AIMED AT THE "GUILTY" OR NOT, AND IF IT'S TOLERATED/AQUIESCED WHEN/IF IT'S AIMED AT THE "GUILTY", IT'S ONLY A MATTER OF TIME BEFORE IT'S AIMED AT THE INNOCENT.

(PAGE 3 OF 4)

RESPECTFULLY SUBMITTED,
/s/ Christopher M. Tierney
CHRISTOPHER M. TIERNEY #R5??54
FLORIDA STATE PRISON
P.O. BOX 800
RAIFORD, FL. 32083

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 5th DAY OF May, 2025; A TRUE AND CORRECT COPY OF THE FOREGOING HAS BEEN FURNISHED VIA U.S. MAIL TO; THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT, 1 NORTH PALAFOX ST., PENSACOLA, FL. 32502.

I FURTHER CERTIFY THAT ON THIS 5th DAY OF May, 2025; A TRUE AND CORRECT COPY OF THE FOREGOING HAS BEEN FURNISHED VIA U.S. MAIL TO; ERIK KVERNE, ESQ., OFFICE OF THE STATE ATTORNEY GENERAL, PL-01 THE CAPITOL, TALLAHASSEE, FL. 32399.

RESPECTFULLY SUBMITTED,

/s/ Christopher M. Tierney
CHRISTOPHER M. TIERNEY #R56554
FLORIDA STATE PRISON
P.O. BOX 800
RAIFORD, FL. 32083

(PAGE 4 OF 4)

CHRISTOPHER TIERNEY #R56554 D12135
FLORIDA STATE PRISON
P.O. BOX 800
RAIFORD, FL. 32573

Legal Mail

LEGAL MAIL

MAY 12 2025

32502$5665

THE CLERK OF THE COURT
UNITED STATES
DISTRICT COURT
1 NORTH PALAFOX ST.
PENSACOLA, FL. 32502

Mailed From A State
Correctional Institution

US POSTAGE $000.00
ZIP 32083
0000385900 MAY 06 2025